B-02-008

United States District Court
Southern District of Texas
FILED

JAN 14 2002

Michael N. Milby
Clerk of Court

1

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

# United States District Court

District: Southern Di;

Name of Movant: Jose Francisco Pena
Prisoner No.: 1036054
Case No.: CR. 0302-001

Place of Confinement: Garza West Unit (Subst) HCO2, Rm 995 Beeville TX 78102

UNITED STATES OF AMERICA    v.   Jose Francisco Pena

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _Southern District 600 E. Harrison St. Brownsville Tx 78520_

2. Date of judgment of conviction _December 11th 2000_

3. Length of sentence _120 months_

4. Nature of offense involved (all counts) _18 USC §§ 922(g)(1) and 924 a(c)_

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

_____

_____

_____

_____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

_____

        (3) Grounds raised _____

_____

_____

_____

_____

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*I truely did not know my rights I HAVE no education, and was never advise by my attorney to do so, or if I could.*

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(6)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _Conviction obtained by plea of guilty which was unlawful, induced or not made voluntary, or understanding_

Supporting FACTS (state briefly without citing cases or law) _my plea bargain was for 60 months all parties were aware of this even my P.S.I. yet the Judge sentenced me to 120 months because she stated: "She deserves or or deserves"_

B. Ground two: (E) _Conviction obtained by violation of Enhancement Law._

Supporting FACTS (state briefly without citing cases or law): _The State enticed the petitioner to "go" out of the State arrest and evidence from arrest using the court whose filing charges to enhance my sentence as this Federal Court did, my attorney did object to it._

C. Ground three: _____

Supporting FACTS (state briefly without citing cases or law): _____

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☑  No ☐

   (a) If so, give name and location of court which imposed sentence to be served in the future: _25 yr._
_State Prison Sentence_ _____

_____

   (b) Give date and length of the above sentence: _June _____

_____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Jose Fco-Peña
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Jose Fco Peña
Signature of Movant

(7)