United States District Court
Southern District of Texas
ENTERED

MAR 14 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

JOSE FRANCISCO PENA *

VS * C.A. NO. B-02-008

UNITED STATES OF AMERICA * (Cr. No. B-00-302)

## ORDER

The Applicant may proceed in forma pauperis without prepayment of cost or fees or the necessity of giving security therefor.

The Petitioner's 28 U.S.C. § 2254 Writ of Habeas Corpus received on February 20, 2002, will be construed as an amended 28 U.S.C. § 2255.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **May 13, 2002**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 11th day of March 2002.

Felix Recio
United States Magistrate Judge