O 241 (Rev. 5/85)

### PETITION UNDER 28 USC § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

_B-02-008_

| **United States District Court** | District Southern District OF Texas | |
|---|---|---|
| ame Jose Francisco Peña | Prisoner No. 1036054 | Case No. CR00302-001 |

ace of Confinement

Garza West T.F. HCO2 Box 995 Beeville Tx 78102

ame of Petitioner (include name under which convicted)      Name of Respondent (authorized person having custody of petitioner)

Jose Francisco Peña      v. United States of America

**United States District Court
Southern District of Texas
FILED**

he Attorney General of the State of John Cornyn

**MAR 1 1 2002**

#### PETITION

**Michael N. Milby
Clerk of Court**

1. Name and location of court which entered the judgment of conviction under attack 600 E. Harrison St Brownsville Texas 78520

2. Date of judgment of conviction December 11 2000

3. Length of sentence 100 months

4. Nature of offense involved (all counts) Possession of a Firearm, violation of 18 §§ 922 (G)(1) and 924 (a)(2)

5. What was your plea?  (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐      No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐      No ☑

AO 241 (Rev. 5/85)

9.  If you did appeal, answer the following: ————

    (a) Name of court _____

    (b) Result _____

    (c) Date of result and citation, if known _____

    (d) Grounds raised _____

    _____

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court _____

        (2) Result _____

        _____

        (3) Date of result and citation, if known _____

        (4) Grounds raised _____

        _____

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court _____

        (2) Result _____

        _____

        (3) Date of result and citation, if known _____

        (4) Grounds raised _____

        _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐        No ☑

11. If your answer to 10 was "yes," give the following information: ————

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☐          No ☐
(2) Second petition, etc.           Yes ☐          No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: Conviction Obtained by plea of guilty which was unlawfully induced on not made voluntarily with understanding of the nature of the charge and the consequences of the Plea.

Supporting FACTS (state *briefly* without citing cases or law) _____

Plea Agreement was For 60 months, And I was told this was the case. Yet At my Sentencing I was given 100 months.

_____

_____

_____

B.    Ground two: Conviction Obtained by a violation of the protection against double Jeopardy

Supporting FACTS (state *briefly* without citing cases or law) I was enhanced by the State to a twenty Five Year Sentence out of Same Arrest, same case my priors where used yet Once again to enhance me to 100 month's this because the Judge Stated in Court (I don't like Drunk Drivers) For this reason she gave me 100 month's instead of the 60 months Agreed to.

AO 241 (Rev. 5/85)

C.    Ground three: Denial of Effective Assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) Even though counsel, objected to the plea refusal of the court, she would go no further stating it was useless with this Judge.

D.    Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Petitioner Did not have, and Does not have command of the English language On the law, and truly did not understand his rights On what took place

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐        No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a)    At preliminary hearing From A to D: Sandra Zamora Zayas AFDO 600. E Harrison St #102 Brownsville Tx 78520

    (b)    At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

   (c) At trial _____

_____

   (d) At sentencing _____

_____

   (e) On appeal _____

_____

   (f) In any post-conviction proceeding _____

_____

   (g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
   Yes ☐      No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☑      No ☐
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

   (b) Give date and length of the above sentence: twenty Five (25) years state OF Texas, Garza west T.F HC02 Box 545 Beeville Texas 78102

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐      No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____

(date)

_____

Signature of Petitioner